UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-0095 FMO (GJSx) | Date | May 2, 2022 |
|---|---|---|---|
| Title | Ronald Bushy v. Michael Green, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Request for Clarification [28]

Having reviewed pro se defendant Michael Green's ("defendant") Request for Clarification of and or Amendment of Existing Order (Dkt. 28, "Request"), IT IS ORDERED THAT:

1. The Request (**Document No. 28**) is **granted in part** and **denied in part** as set forth in this Order.

2. The scheduling conference, currently set for June 2, 2022, shall be continued to **June 9, 2022**.

3. Counsel for all appearing parties, and all unrepresented parties, if any, shall file a Joint Rule 26(f) Report no later than **May 22, 2022**, that complies with the requirements in the Court's Order of March 22, 2022 (Dkt. 21).

4. Defendant's request for a stay while he obtains counsel is **denied**. Defendant shall comply with all the dates and requirements set forth in the Court's Order of April 15, 2022, granting his request for an extension of time to answer plaintiff's First Amendment Complaint. (See Dkt. 26, Court's Order of April 15, 2022).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |