UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-0095 FMO (GJSx) | Date | August 10, 2022 |
|---|---|---|---|
| Title | Ronald Bushy v. Michael Green | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:** (In Chambers) Order Re: Briefing on Motion to Invoke Rule 60(b)(3) [38]

Having reviewed pro se defendant Michael Green's ("defendant") Motion to Invoke Rule 60(b)(3) [] (Dkt. 38, "Motion") filed on August 8, 2022, the court will construe the Motion as a motion to vacate the judgment and set a briefing schedule to allow plaintiffs the Estate of Ronald Bushy and Nancy Bushy ("plaintiffs") to respond.  Accordingly, IT IS ORDERED THAT:

1.  Plaintiffs shall file their opposition papers no later than **August 18, 2022**.  Plaintiffs are warned that failure to timely file an opposition may result in defendant's Motion being granted in its entirety.  See Local Rule 7-12.

2.  Defendant shall file his reply papers no later than **September 1, 2022**.

3.  Unless the court orders otherwise, this case will be deemed submitted, without oral argument, on either:  (a) the day the opposition or notice of non-opposition is filed, or due and not filed; or (b) the day defendant's reply is filed, or due and not filed.  The court may order further briefing or other proceedings, at any time, as appropriate.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |